IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GLEN E. FORTSON )
)
v. ) NO. 1-11-0065
) JUDGE CAMPBELL
CHURCH OF JESUS CHRIST OF )
LATTER DAY SAINTS )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 148), to which no Objections have been filed. The Court has received Plaintiff's copy of the Report and Recommendation returned by the U.S. Post Office, marked "deceased." Docket No. 150.

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, this action is DISMISSED without prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE